AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

United States of America
v.

Jason Ronald Robert Lotz

*Defendant(s)*

Case No. 2:26-MJ-241

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 1 through July 7, 2026, in the county of Lake in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C.§ 1466A(a)(1) and (d)(4) | production and distribution of obscene visual representations of the sexual abuse of children |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Steven Moran, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date: 08/31/2026

s/John E. Martin

*Judge's signature*

City and state: Hammond, IN

Hon. John E. Martin, U.S. Magistrate Judge

*Printed name and title*